UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――x

UNITED STATES OF AMERICA,

   -against-                                                     19 CR 380-01 (CM)

MALIK NICHOLAS,

   Defendant.
―――――――――――――――――――――――――x

### ORDER UNSEALING CERTAIN FILINGS AND DOCKET ENTRIES

McMahon, J.:

On February 14, 2020, Malik Nicholas appeared before the Honorable Robert W. Lehrburger, waived prosecution by indictment and pleaded guilty as charged in Superseding Information S1 19 CR 380 (CM). The guilty plea proceeding was ordered sealed.

On January 26, 2023, Judge Colleen McMahon sentenced defendant to, *inter alia*, Time Served.

The Clerk of the Court is hereby ordered to unseal the documents and docket entries related to the entry of the defendant's plea of guilty to the superseding information (but not the plea agreement or the transcript of the plea, which will remain sealed).

January 26, 2023

                                                       Colleen McMahon
                                                       United States District Court Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/23
```

1